[No. 32437-3-I.    Division One.    March 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SHIHAB FATHI MUSTAFA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-00358-1, George T. Mattson, J., entered March 8, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 30329-5-I.    Division One.    March 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. HERMAN CLARENCE BREWER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05177-8, William L. Downing, J., entered February 24, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 31445-9-I.    Division One.    March 7, 1994.]

YAMAZAKI ENTERPRISE LTD., *Respondent*, v. EVERGREEN FISHERIES, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-04907-6, Anne L. Ellington, J., entered August 14, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield and Agid, JJ.

[No. 30656-1-I.    Division One.    March 7, 1994.]

*In the Matter of the Marriage of* KATHERINE S. GWINN, *Respondent, and* STEPHEN M. GWINN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-3-07677-0, Norman W. Quinn, J., entered May 6, 1992. *Reversed* by unpublished opinion per Webster, C.J., concurred in by Baker, J., and Forrest, J. Pro Tem.